**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

**CIVIL ACTION NO. 09-154-JBC**

**HITACHI SUMITOMO HEAVY INDUSTRIES
CONSTRUCTION CRANE CO., LTD.,**                                    **PLAINTIFF,**

**V.**                              **MEMORANDUM OPINION AND ORDER**

**MIDWEST SPECIALIZED
TRANSPORTATION, INC., ET AL.,**                                    **DEFENDANTS.**

**\* \* \* \* \* \* \* \* \* \* \***

The Court, having been advised by the parties that settlement has been reached on all matters in this case, **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the active docket.

**IT IS FURTHER ORDERED** that the parties shall **TENDER** an agreed order dismissing this case with prejudice within 45 days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within 45 days from entry of this Order if the settlement is not consummated.

Signed on  August 18, 2010



JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

1